# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

**Anthony J. Trello and Tammy Trello**

        Plaintiffs

   vs.                 **CASE NUMBER: 1:21-cv-987 (FJS/CFH)**

**Kelly McKeighan, Jeffrey Murphy, John Winchell**

        Defendants

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  MEMORANDUM-DECISION AND ORDER granting 14 Motion to Dismiss for Failure to State a Claim; granting 15 Motion to Dismiss for Lack of Subject Matter Jurisdiction. ORDERS that the WCSO Defendants' motion to dismiss Plaintiffs' amended complaint in its entirety, see Dkt. No. 14, is GRANTED; and the Court  further ORDERS that Defendant McKeighan's motion to dismiss Plaintiffs' amended complaint in its entirety, see Dkt. No. 15, is GRANTED.

All of the above pursuant to the order of the Honorable Frederick J. Scullin, Jr. dated the 19th day of August, 2022.

DATED: August 19, 2022

_____
Clerk of Court

                               _____
                               s/Kathy Rogers
                               Deputy Clerk